## 10817.  SMITH *v.* THE STATE.

LUKE, J.  The evidence in this case almost demanded the conviction of the defendant, who was charged with burglary. The defendant had the benefit of a fair trial under a most favorable charge of the court. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 4, 1919.

Indictment for burglary; from Bibb superior court—Judge Mathews. July 12, 1919.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.